**3**
**LAW OFFICES OF GABRIEL LIBERMAN, APC**
Gabriel E. Liberman (SBN 303010)
Gabe@4851111.com
1545 River Park Drive, Suite 530
Sacramento, California 95815
Telephone:　(916) 485-1111
Facsimile:　(916) 485-1111

Attorney for HEATH V. FULKERSON LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>HEATH V. FULKERSON LLC<br><br>FEIN: 87-1122534<br><br>　　　　Debtor, | Case No. 2021-22898-A-11<br>DCN: None<br><br>**DEBTOR AND DEBTOR-IN-POSSESSION'S SUPPLEMENTAL SECOND STATUS REPORT**<br><br>Date:　　December 16, 2021<br>Time:　　1:30 p.m.<br>Location:　501 I Street, 7th floor,<br>　　　　　　Courtroom 28<br>　　　　　　Sacramento, CA<br><br>Judge:　Honorable Fredrick E. Clement |

**TO THE HONORABLE FREDRICK E. CLEMENT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

　　HEATH V. FULKERSON LLC, the Debtor and Debtor-in-Possession (the "Debtor"), through its general bankruptcy counsel, Gabriel E. Liberman of the Law Offices of Gabriel Liberman, APC, respectfully submits this supplemental status conference report scheduled for December 16, 2021:

1.  The Debtor is still delinquent in filing monthly operating reports for August, September and October Period. Attorney for Debtor has continued to advised Debtor's representative the need to hire a professional to assist in the preparation of reports but has not heard back on this request. Debtor has provided evidence that a debtor-in-possession bank account has been opened. Debtor does have insurance in place for the estate's assets.

2.  The continued 341 meeting of creditors scheduled for December 1, 2021 was continued to December 16, 2021 at 3:00pm, as Debtor's representative was unavailable to attend the prior hearing. There are outstanding IDI documents and essential amendments to the petition and schedules. Attorney for Debtor has been unable to obtain information to address such amendments.

December 9, 2021

                                            LAW OFFICES OF GABRIEL E. LIBERMAN, APC

                By:     */s/* Gabriel E. Liberman
                           Gabriel E. Liberman
                           Attorney for Debtor
                           1545 River Park Drive, Suite 530
                           Sacramento, California 95815